**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 341 EAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| FILIPE FIGUEROA, | : | |
| | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 342 EAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| FILIPE FIGUEROA, | : | |
| | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 343 EAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| FILIPE FIGUEROA, | : | |
| | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 344 EAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |

FILIPE FIGUEROA,   :

      Petitioner   :

COMMONWEALTH OF PENNSYLVANIA   :   No. 345 EAL 2021

      v.   :   Petition for Allowance of Appeal
  :   from the Order of the Superior Court

FILIPE FIGUEROA   :

      Appellant   :

COMMONWEALTH OF PENNSYLVANIA,   :   No. 346 EAL 2021

      Respondent   :
  :   Petition for Allowance of Appeal
  :   from the Order of the Superior Court
      v.   :

FILIPE FIGUEROA,   :

      Petitioner   :

COMMONWEALTH OF PENNSYLVANIA,   :   No. 347 EAL 2021

      Respondent   :
  :   Petition for Allowance of Appeal
  :   from the Order of the Superior Court
      v.   :

FILIPE FIGUEROA,   :

      Petitioner   :

COMMONWEALTH OF PENNSYLVANIA,   :   No. 348 EAL 2021

      Respondent   :
  :   Petition for Allowance of Appeal
  :   from the Order of the Superior Court

[341 EAL 2021, 342 EAL 2021, 343 EAL 2021, 344 EAL 2021, 345 EAL 2021, 346 EAL 2021, 347 EAL 2021, 348 EAL 2021, 349 EAL 2021, 350 EAL 2021, 351 EAL 2021, 352 EAL 2021, 353 EAL 2021, 354 EAL 2021, 355 EAL 2021, 356 EAL 2021 and 357 EAL 2021] - 2

|  |  |  |
|---|---|---|
| v. | : | |
| | : | |
| | : | |
| FILIPE FIGUEROA, | : | |
| | : | |
| Petitioner | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 349 EAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| FILIPE FIGUEROA, | : | |
| | : | |
| Petitioner | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 350 EAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| FILIPE FIGUEROA, | : | |
| | : | |
| Petitioner | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 351 EAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| FILIPE FIGUEROA, | : | |
| | : | |
| Petitioner | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 352 EAL 2021 |
| | : | |

[341 EAL 2021, 342 EAL 2021, 343 EAL 2021, 344 EAL 2021, 345 EAL 2021, 346 EAL 2021, 347 EAL 2021, 348 EAL 2021, 349 EAL 2021, 350 EAL 2021, 351 EAL 2021, 352 EAL 2021, 353 EAL 2021, 354 EAL 2021, 355 EAL 2021, 356 EAL 2021 and 357 EAL 2021] - 3

|                              |   |                                                              |
|------------------------------|---|--------------------------------------------------------------|
| Respondent                   | : | Petition for Allowance of Appeal from the Order of the Superior Court |
|                              | : |                                                              |
| v.                           | : |                                                              |
|                              | : |                                                              |
| FILIPE FIGUEROA,             | : |                                                              |
|                              | : |                                                              |
| Petitioner                   | : |                                                              |
|                              |   |                                                              |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 353 EAL 2021                                             |
|                              | : |                                                              |
| Respondent                   | : |                                                              |
|                              | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v.                           | : |                                                              |
|                              | : |                                                              |
| FILIPE FIGUEROA,             | : |                                                              |
|                              | : |                                                              |
| Petitioner                   | : |                                                              |
|                              |   |                                                              |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 354 EAL 2021                                             |
|                              | : |                                                              |
| Respondent                   | : |                                                              |
|                              | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v.                           | : |                                                              |
|                              | : |                                                              |
| FILIPE FIGUEROA,             | : |                                                              |
|                              | : |                                                              |
| Petitioner                   | : |                                                              |
|                              |   |                                                              |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 355 EAL 2021                                             |
|                              | : |                                                              |
| Respondent                   | : |                                                              |
|                              | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v.                           | : |                                                              |
|                              | : |                                                              |
| FILIPE FIGUEROA,             | : |                                                              |
|                              | : |                                                              |
| Petitioner                   | : |                                                              |

[341 EAL 2021, 342 EAL 2021, 343 EAL 2021, 344 EAL 2021, 345 EAL 2021, 346 EAL 2021, 347 EAL 2021, 348 EAL 2021, 349 EAL 2021, 350 EAL 2021, 351 EAL 2021, 352 EAL 2021, 353 EAL 2021, 354 EAL 2021, 355 EAL 2021, 356 EAL 2021 and 357 EAL 2021] - 4

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 356 EAL 2021 |
| | : | |
| Respondent | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| FILIPE FIGUEROA, | : | |
| | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 357 EAL 2021 |
| | : | |
| Respondent | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| FILIPE FIGUEROA, | : | |
| | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 17th day of November, 2021, the Petition for Allowance of Appeal is **DENIED**.

[341 EAL 2021, 342 EAL 2021, 343 EAL 2021, 344 EAL 2021, 345 EAL 2021, 346 EAL 2021, 347 EAL 2021, 348 EAL 2021, 349 EAL 2021, 350 EAL 2021, 351 EAL 2021, 352 EAL 2021, 353 EAL 2021, 354 EAL 2021, 355 EAL 2021, 356 EAL 2021 and 357 EAL 2021] - 5